UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**NEWARK** September 6, 2005
Judge: Pisano
Court Reporter:   Caruso                           Docket No 01-818

**TITLE OF CASE**
USA
v.
Shawn Thomas

**APPEARANCE:**
Howard Wiener, AUSA
Harold Bruce Shapiro, Esq.

**NATURE OF PROCEEDINGS:**

RE-SENTENCE ON REMAND-CONTESTED-2.5 HOURS

Court Ordered Judgment filed 4/28/04 be and is hereby vacated based upon Order on Mandate of USCA.

Ordered defendant re-sentenced as follows:

SENTENCE: 300 months on count one with credit for time already served on superseding indictment

SUPERVISED RELEASE: 5 Years on count one of the superseding indictment
Defendant must submit to drug test within 15 days, etc.,

SPECIAL CONDITION:
Defendant shall cooperate with the collection of DNA

SPECIAL ASSESSMENT:$100.00, which shall be due immediately

Court requested that the defendant shall be designated to a facility geographically located nearest to his family, IF POSSIBLE

Defendant Remanded.

S/Theresa C. Trivino, Senior Courtroom Deputy/Court Specialist