UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY


**UNITED STATES OF AMERICA,**

CR. # 01-818 (JAP)

v.


**SHAWN THOMAS**

Order of Reassignment


It is on this 26TH day of February, 2015,

ORDERED that the above-entitled action is reassigned from Judge Joel A. Pisano to Judge Anne E. Thompson.


_____ s/Jerome B. Simandle_____
JEROME B. SIMANDLE, CHIEF JUDGE
UNITED STATES DISTRICT COURT